IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUCKY STEVENS,
    Plaintiff,

vs.                              Case No. 3:08cv288/RV/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

## O R D E R

Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and has filed a motion for leave to proceed in forma pauperis (Docs. 1, 3). It affirmatively appears that leave to proceed in forma pauperis should be granted; however, before service can be directed, Plaintiff must submit three identical (3) copies of his complaint.

Accordingly, it is **ORDERED**:

1.    Plaintiff's motion for leave to proceed in forma pauperis (Doc. 3) is **GRANTED** and this case may be filed and the pleadings may be served without the prepayment of costs as provided in 28 U.S.C. § 1915.

2.    Within **TWENTY (20) DAYS** of the date of docketing of this order, Plaintiff shall submit three (3) complete copies of the complaint as explained above. This case number should be written on each copy.

**DONE AND ORDERED** this 15th day of July 2008.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**