IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUCKY STEVENS,
    Plaintiff,

vs.                                    Case No. 3:08cv288/RV/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

**O R D E R**

       Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant (Doc. 1).  Leave to proceed in forma pauperis has been granted (*see* Doc. 5). Additionally, Plaintiff has supplied service copies of the complaint, prepared USM 285 forms, and summonses.

       Accordingly, it is **ORDERED**:

       1.     The clerk of court is directed to send three certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.

       2.     The United States Marshal shall serve a copy of the complaint and summons upon Michael J. Astrue, Commissioner of Social Security and the Attorney General of the United States by <u>certified mail</u>, and the office of the United States Attorney for this District by regular U.S. mail or hand-delivery.  All costs of service shall be advanced by the United States.

       3.     After a response to the complaint has been filed by Defendant, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each Defendant or to the attorney representing each Defendant.  Any paper submitted for filing

after a response to the complaint has been filed by Defendant which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

**DONE AND ORDERED** this 21st day of July 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**